UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
RITA MORA  09-70846-M-13
DEBTOR

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Wednesday, Nov 25, 2009.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Funds are owed to the creditors listed below:

| | | |
|---|---|---|
| FLEXI COMPRAS<br>1300 E HWY 83<br>PHARR, TX  78577 | Checks to the creditor have not cleared within 90 days. | $410.96 |

5. As a result, funds owed to the creditor in the amount of $410.96 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Wed, January 28, 2015

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#108

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:   CHAPTER 13 PROCEEDING:
RITA MORA   09-70846-M-13

DEBTOR

## CERTIFICATE OF SERVICE

    I, Cindy Boudloche, do hereby certify that on January 28, 2015, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*/s/ Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

RITA MORA
8603 LAS PALMAS DR
PHARR, TX  78577

MALAISE LAW FIRM (ER)
1265 N EXPRESSWAY 83
BROWNSVILLE, TX  78520

FLEXI COMPRAS
1300 E HWY 83
PHARR, TX  78577